UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY C. BUCKLEY,<br>　　　　　Plaintiff,<br><br>v.<br><br>D. GARCIA,<br>　　　　　Defendants. | 1:17-cv-00102-LJO-BAM  (PC)<br><br>ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT **RODNEY C. BUCKLEY**, CDC#AA-9358, PLAINTIFF<br><br>DATE: November 1, 2018<br>TIME:  9:30 a.m. |

**RODNEY C. BUCKLEY**, **CDC #AA-9358**, a necessary and material witness on his own behalf in a settlement conference on **November 1, 2018**, is confined at **SOL**, in the custody of the Warden.  In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Carolyn K. Delaney at the U. S. District Court, Courtroom #24, 501 I Street, Sacramento, California 95814, on Thursday, November 1, 2018 at 9:30 a.m.

**ACCORDINGLY, IT IS ORDERED that:**

　　1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above, **along with any necessary legal property**, to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by the court; and thereafter to return the inmate to the above institution;

　　2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: Warden, SOL, P.O. Box 4000, Vacaville, California 95696**

　　**WE COMMAND** you to produce the inmate named above, **along with any necessary legal property**, to testify before Judge Delaney at the time and place above, until completion of the settlement conference or as ordered by the court; and thereafter to return the inmate to the above institution.

　　**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.


IT IS SO ORDERED.

Dated:   **October 9, 2018**　　　　/s/ *Barbara A. McAuliffe*
　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

