# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY C. BUCKLEY, JR., | Case No. 1:17-cv-00102-LJO-BAM (PC) |
| Plaintiff, | ORDER GRANTING DEFENDANTS' REQUEST TO SEAL THE DECLARATION OF VAN KAMBERIAN |
| v. | |
| JOHNSON, et al., | (ECF No. 39) |
| Defendants. | |

Plaintiff Rodney C. Buckley, Jr. ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action under 42 U.S.C. § 1983. This action proceeds on Plaintiff's first amended complaint against Defendants Johnson and Zamora for excessive force, Defendants Gutierrez, Rocha, and John Doe[1] for failure to protect, and Defendant Gonzales for retaliation.

On November 9, 2018, Defendants Gonzales, Gutierrez, Johnson, and Rocha filed a motion to dismiss. (ECF No. 35.) Defendant Zamora filed a request for extension of time to file a response to the amended complaint, to permit him time to obtain counsel other than the Office of the Attorney General. (ECF No. 36.) The Court granted the motion, and Defendant Zamora's response is currently due on or before December 28, 2018. (ECF No. 37.)

On November 16, 2018, defense counsel filed a motion to withdraw as attorney for Defendant Zamora. (ECF No. 38.) In support, defense counsel Van Kamberian provided his own declaration, and a request to file the declaration under seal. (ECF Nos. 39, 40.)

---

[1] Currently, the deadline for Plaintiff to provide written notice identifying Defendant John Doe for service is November 26, 2018. (ECF No. 28.)

Filings in cases such as this are a matter of public record absent compelling justification. United States v. Stoterau, 524 F.3d 988, 1012 (9th Cir. 2008). The Court has conducted an *in camera* review of the document to determine if the information is of a nature that clearly would require the Court to maintain confidentiality. The Court finds that the document contains information, specifically Defendant Zamora's last known address and email address, that, if known to the general public or Plaintiff, could place Defendant Zamora's personal safety at risk. This is a compelling justification for sealing at this time, while Defendant Zamora remains represented by counsel.

Although Defendants have requested that the document remain under seal for the duration of litigation and that upon completion of litigation the Court destroy the declaration or return it to defense counsel for disposal, it is the practice of this Court to maintain case documents under seal for an undetermined time period, until they are ordered unsealed by the Court. Accordingly, the Court shall grant Defendants' request for an order to file the declaration of defense counsel Van Kamberian under seal. The document shall remain under seal until it is ordered unsealed by the Court. Defendants are required to submit the document for filing under seal in accordance with Local Rule 141. The document **shall not** be served on Plaintiff.

Based on the foregoing, IT IS HEREBY ORDERED that:

1. Defendants' request to file the declaration of defense counsel Van Kamberian, (ECF No. 39), is GRANTED;

2. The document shall remain under seal until it is ordered unsealed by the Court;

3. Defendants shall submit the document for filing under seal in accordance with Local Rule 141; and

4. This document **shall not** be disclosed to Plaintiff or the general public.

IT IS SO ORDERED.

Dated: __**November 21, 2018**__          ____/s/ *Barbara A. McAuliffe*____
                                        UNITED STATES MAGISTRATE JUDGE

2