# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY C. BUCKLEY, JR., | Case No. 1:17-cv-00102-LJO-BAM (PC) |
| Plaintiff, | ORDER SETTING HEARING ON MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT ZAMORA |
| v. | |
| JOHNSON, et al., | (ECF No. 38) |
| Defendants. | Date: Wednesday, January 16, 2019<br>Time: 10:00 a.m. |

Plaintiff Rodney C. Buckley, Jr. ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds on Plaintiff's first amended complaint against Defendants Johnson and Zamora for excessive force, Defendants Gutierrez, Rocha, and John Doe[1] for failure to protect, and Defendant Gonzales for retaliation.

On November 16, 2018, defense counsel filed a motion to withdraw as attorney for Defendant Zamora. (ECF No. 38.) Although the motion was submitted upon the record pursuant to Local Rule 230(l), the Court finds it appropriate to set the motion for a hearing in order to hear from the respective parties on the matter. The deadline for the filing of an opposition or response by any party will not change. In addition, the Court will extend the deadline for the filing of

---
[1] Currently, the deadline for Plaintiff to provide written notice identifying Defendant John Doe for service is November 26, 2018. (ECF No. 28.)

1

Defendant Zamora's response to the first amended complaint until the motion is resolved.

In addition, the parties shall be prepared to discuss the issue of the confidentiality of Defendant Zamora's address in the event the motion is granted and Defendant Zamora decides to proceed in this case without obtaining new counsel.

Accordingly, the Court HEREBY ORDERS as follows:

1. This matter is SET for a hearing on the motion to withdraw as attorney for Defendant Zamora, (ECF No. 38), on **Wednesday, January 16, 2019, at 10:00 a.m.** before the undersigned. The parties shall appear telephonically by using the following dial-in number and passcode at the time set for the hearing: dial-in number 1-877-411-9748; passcode 3190866. Counsel for Defendants is required to arrange for Plaintiff's participation by contacting the litigation coordinator at the institution where Plaintiff is housed;
2. Defendant Zamora is **strongly encouraged** to appear at the hearing, in person, if he has not obtained new counsel by the date of the hearing;
3. The Court will set a new deadline for Defendant Zamora's answer to the first amended complaint, or other responsive pleading, after the motion to withdraw has been resolved;
4. Oppositions to the motion to withdraw, if any, are due within **twenty-one (21) days** from the date of service of the motion; and
5. Defense counsel shall serve a courtesy copy of this order on Defendant Zamora.

IT IS SO ORDERED.

Dated: **November 21, 2018**  /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE

2