# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY C. BUCKLEY, JR., | Case No. 1:17-cv-00102-LJO-BAM (PC) |
| Plaintiff, | ORDER FOR SUBSTITUTION OF ATTORNEY |
| v. | (ECF No. 57) |
| JOHNSON, et al. | ORDER VACATING TELEPHONIC STATUS CONFERENCE SET FOR FEBRUARY 13, 2019 |
| Defendants. | |
| | ORDER SETTING DEADLINE TO RESPOND TO FIRST AMENDED COMPLAINT |
| | **TWENTY-ONE (21) DAY DEADLINE** |

Plaintiff Rodney C. Buckley ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action. This action proceeds on Plaintiff's first amended complaint for claims of excessive force against Defendants Johnson and Zamora, failure to protect against Defendants Gutierrez, Rocha, and John Doe, and retaliation against Defendant Gonzales.

On January 16, 2019, the Court held a hearing on a motion to withdraw as counsel for Defendant Zamora. (ECF No. 52.) The motion was granted and Defendant Zamora was permitted an opportunity to either obtain new counsel or decide to proceed *pro se* in this matter. A telephonic status conference was set for February 13, 2019, before the undersigned.

1

On January 25, 2019, a proposed substitution of attorney was filed on behalf of Defendant Zamora. (ECF No. 57.)

Accordingly, it is HEREBY ORDERED as follows:

1. The request of Defendant Robert Zamora to substitute Harry S. Stern of Rains Lucia Stern St. Phalle & Silver, PC, as attorney of record in place and stead of Robert Zamora, pro per, (ECF No. 57), is GRANTED;
2. The telephonic status conference set for February 13, 2019 is VACATED; and
3. Defendant Zamora is DIRECTED to file an answer to the first amended complaint, or other responsive pleading (which may include a joinder in the pending motion to dismiss), within **twenty-one (21) days** from the date of service of this order.

IT IS SO ORDERED.

Dated: **January 29, 2019**   /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE