# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY C. BUCKLEY, JR., <br><br> Plaintiff, <br><br> v. <br><br> JOHNSON, et al., <br><br> Defendants. | Case No. 1:17-cv-00102-LJO-BAM (PC) <br><br> ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT INMATE RODNEY C. BUCKLEY, JR., CDCR # AA-9358 <br><br> DATE: October 17, 2019 <br> TIME: 9:00 a.m. |

**Inmate Rodney C. Buckley, Jr.**, **CDCR # AA-9358**, a necessary and material witness on his own behalf in proceedings in a settlement conference on October 17, 2019, is confined at California State Prison, Solano (SOL), in the custody of the Warden. In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate at the U.S. District Court, Courtroom #25, 501 I Street, Sacramento, California 95814, on Thursday, October 17, 2019, at 9:00 a.m.

## ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above, **along with any necessary legal property**, to testify before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, SOL, P.O. Box 4000, Vacaville, California 95696:**

**WE COMMAND** you to produce the inmate named above**, along with any necessary legal property**, to testify before the United States District Court at the time and place above, and from day to day until completion of the proceedings, or as ordered by the court; and thereafter to return the inmate to the above institution.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated: **September 19, 2019**    /s/ Barbara A. McAuliffe
                                 UNITED STATES MAGISTRATE JUDGE

